DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada  89101
(702) 388-6336
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-cr-0072-HDM-GWF |
| ) | |
| PLAINTIFF, ) | (2:11-mj-0088-LRL) |
| ) | |
| VS. ) | GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |
| ) | |
| STEVEN MICHAEL DUDEK, ) | |
| ) | |
| DEFENDANT. ) | |
| _____ ) | |

COMES NOW the United States of America, by and through its attorneys, Daniel G. Bogden, United States Attorney, Phillip N. Smith, Jr., Assistant United States Attorney, and respectfully moves this Court for an Order to **UNSEAL** the search warrant issued under case number 2:11-mj-0088-LRL for the premises located at 9511 Scottville Court, Las Vegas, Nevada 89148, and the accompanying affidavits that were approved by the Court on February 4, 2011.

DATED this 16th day of March, 2011.

DANIEL G. BOGDEN
UNITED STATES ATTORNEY

/s/
_____
PHILLIP N. SMITH, JR.
Assistant United States Attorney

DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### -oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-cr-0072-HDM-GWF |
| | ) | |
| PLAINTIFF, | ) | (2:11-mj-0088-LRL) |
| | ) | |
| VS. | ) | GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |
| STEVEN MICHAEL DUDEK, | ) | |
| | ) | |
| DEFENDANT. | ) | |

### ORDER UNSEALING SEARCH WARRANT AND AFFIDAVIT

Based on the Motion of the Government, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the search warrant issued under case number 2:11-mj-0088-LRL for the premises located at 9511 Scottville Court, Las Vegas, Nevada 89148, and the accompanying affidavits that were approved by the Court on February 4, 2011 shall be unsealed.

DATED this __18th__ day of __March__, 2011.

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

2